UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:  SCOTTY LAMAR BEAVERS,      {   CHAPTER 13
        ROBIN DENISE BEAVERS,      {
                                   {
        DEBTOR(S)                  {   CASE NO. R24-41032-BEM
                                   {
                                   {   JUDGE ELLIS-MONRO

**OBJECTION TO CONFIRMATION**

    COMES NOW K. EDWARD SAFIR CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i). Therefore, the Trustee requires that the Debtor(s)provide the Trustee with a sworn statement by the Debtor(s), in addition to the tax return, which states that the tax return provided is a true copy of the most recent tax return filed.

    2. The Chapter 13 trustee requests that the Debtor(s) provide additional documentation to support the valuation of the real property disclosed on Schedule A/B.

    3. The Debtor(s)' Schedule I fails to accurately reflect a retirement contribution; thereby preventing the Chapter 13 Trustee from determining the feasibility of the proposed plan, in violation of 11 U.S.C. Section 11 U.S.C. Section 1325 (a)(6).

    4. The Chapter 13 plan fails to provide for the assumption and funding or rejection of executory contract owed to a storage unit creditor. 11 U.S.C. § 365(b)(1)(C).

    5. Schedule G fails to reflect the Debtor(s)' executory contract with a storage unit creditor. 11 U.S.C. § 342, Fed. R. Bankr. P 1007(b).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

6. Pursuant to information received at the 341 meeting, 2021, 2022 and 2023 tax returns have not been filed, in violation of 11 U.S.C. §§ 1308(a) and 1325(a)(9).

7. Pursuant to information received from the Internal Revenue Service, 2019, 2021, 2022 and 2023 tax returns for Debtor Scotty Beavers and 2022 tax returns for Debtor Robin Beavers have not been provided to the taxing authorities and information received from the Georgia Department of Revenue, 2021, 2022 and 2023 tax returns for Debtor Scotty Beavers and 2022 tax returns for Debtor Robin Beavers have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

8. The Chapter 13 Plan fails to provide the correct collateral for the claim of Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, preventing the Trustee from properly administering this plan.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

_____/s/_____
K. Edward Safir, Attorney
Chapter 13 Trustee
GA Bar No. 622149

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

R24-41032-BEM

## CERTIFICATE OF SERVICE

    I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

    I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

SCOTTY LAMAR BEAVERS
3500 HURRICANE ROAD
ROCKY FACE, GA 30740

ROBIN DENISE BEAVERS
3500 HURRICANE ROAD
ROCKY FACE, GA 30740


This 12th day of September, 2024

Respectfully submitted,


_____/s/_____
K. Edward Safir, Attorney
Chapter 13 Trustee
GA Bar No. 622149




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com